UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARIM YONO, an individual, and FIVE
STAR FOOD CENTER, a Michigan
corporation,

    Plaintiffs,

v.

CAPITOL SPECIALTY INSURANCE
CORPORATION, a Wisconsin corporation,

    Defendant,

Case No. 14-cv-14373-AJT-DRG
Judge Arthur J. Tarnow
Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| Ronald G. Acho (P23913) | Hans H.J. Pijls P37248 |
| James R. Acho (P62175) | Plunkett Cooney |
| Cummings, McClorey, Davis & Acho | Attorneys for Defendant |
| Attorneys for Plaintiffs | 535 Griswold, Suite 2400 |
| 33900 Schoolcraft | Detroit, MI 48226 |
| Livonia, MI 48150 | (313) 983-4846 |
| (734)261-2400 | hpijls@plunkettcooney.com |
| racho@cmda-law.com | |

_____/

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    This matter having come before the Court upon stipulation of the parties, and the Court having been duly advised in the premises;

    NOW, THEREFORE, it is hereby ordered that this matter be and hereby is dismissed, with prejudice, no costs.

This Order resolves the last pending claim and closes the case.

                                                s/Arthur J. Tarnow
                                       U.S. DISTRICT COURT JUDGE

Dated: June 12, 2015

Parties to undersigned counsel stipulate
to entry of the above Order:

By:*/s/Ronald G. Acho (w/permission)*    By:*/s/ Hans H.J. Pijls*
    Ronald G. Acho (P23913)              Hans H.J. Pijls P37248
    James R. Acho (P62175)               Plunkett Cooney
    Cummings, McClorey, Davis & Acho    Attorneys for Defendant
    Attorneys for Plaintiffs

Open.23645.43475.15471121-1